IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) NORFOLK SOUTHERN RAILWAY COMPANY, ) NORFOLK SOUTHERN CORPORATION, ) EAST COAST RIGHT OF WAY ) MAINTENANCE, INC., AND THE ) CINCINNATI SPECIALTY UNDERWRITERS ) INSURANCE COMPANY, ) ) Defendants. ) | Case No. 3:16-cv-00129<br><br>District Judge Harry S. Mattice, Jr.<br><br>Magistrate Judge<br>C. Clifford Shirley, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their undersigned counsel of record who have appeared, hereby stipulate to the voluntary dismissal with prejudice of all claims of American Guarantee & Liability Insurance Company, Norfolk Southern Railway Company, Norfolk Southern Corporation, and East Coast Right of Way Maintenance, Inc. including the dismissal with prejudice of the Complaint and all Counterclaims and Cross-Claims. Cincinnati Specialty Underwriters Insurance Company was previously dismissed from this matter.

All parties will bear their own costs, court costs, expert fees, expenses, and attorneys' fees.

Respectfully submitted,

By: s/William H. Tate
   William H. Tate (#6797)
   Howard Tate Sowell Wilson Leathers & Johnson, PLLC
   201 Fourth Avenue North, Suite 1900
   Nashville, Tennessee 37219
   (615) 256-1125
   *Attorneys for American Guarantee and Liability Insurance Company*

By: s/Donald R. McMinn
   Donald R. McMinn, Esq.  *(pro hac vice)*
   Hollingsworth LLP
   1350 I Street, NW
   Washington, DC 20005
    (202) 898-3800
   dmcminn@hollingsworthllp.com

   Emily L. Herman-Thompson, Esq. (No. 021518)
   Baker, O'Kane, Atkins & Thompson, PLLP
   2607 Kingston Pike, Suite 200
   Post Office Box 1708
   Knoxville, TN 37919
   (865) 637-5600
   (865) 637-5608 (fax)
   ethompson@boatlf.com
   *Attorneys for Norfolk Southern Railway Company and Norfolk Southern Corporation*

By : s/Benjamin W. Jones
   Benjamin W. Jones, Esq. (No. 020156)
   Lewis, Thomason, King, Krieg
   & Waldrop, P.C. (Knox)
   One Centre Square, 5th Floor
   Knoxville, TN 37901
   E-mail: bjones@lewisking.com
   *Attorneys for East Coast Right of Way Maintenance, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on this 27 day of November 2017, a copy of the Stipulation of Dismissal with Prejudice was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties through the Court's ECF system and by email.

      s/William H. Tate
      William H. Tate